appellant having denied his guilt and asked for the examination of witnesses at Special Term, we think under the circumstances the request should have been granted. The order appealed from is, therefore, reversed and the proceedings remitted to the Special Term for a rehearing when the parties may produce their witnesses for examination and cross-examination. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. FRANK MCILWAINE, Appellant.— Order affirmed. No opinion. Rich, Jaycox, Manning and Young, JJ., concur; Kelly, J., dissents upon the ground that prior to the hearing of the motion the appellant had been arrested for the identical offense set forth in the moving affidavits, and after a hearing at which the complainant and the appellant were examined, was acquitted by the magistrate; that under these circumstances it was error to find the appellant guilty of contempt upon affidavits.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOSEPH MONTEFORTE, Appellant.— Order reversed and proceedings remitted to the Special Term for a rehearing upon the authority of Borden's Farm Products Co., Inc., v. Sterbinsky [Lo Frisco] (ante, p. 909), decided herewith. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. ARTHUR NIETZEL, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOSEPH PEZCI, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. MICHAEL REILLY, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. DANIEL RIENZO, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. HANS SCHUBERT, Appellant.— Order reversed and proceedings remitted to the Special Term for a rehearing upon the authority of Borden's Farm Products Co., Inc., v. Sterbinsky [Lo Frisco] (ante, p. 909), decided herewith. Rich, Kelly, Jaycox, Manning and Yonug, JJ., concur.

BORDEN'S FARM PRODUCTS COMPANY, INC., and Others, Respondents, v. FRED J. STERBINSKY, Individually and as President of Milk Wagon Drivers' Union, Local 584, etc., and Others, Defendants. JOSEPH SCHWARTZ, Appellant.— Order affirmed. No opinion. Rich, Kelly, Jaycox, Manning and Young, JJ., concur.

ROSE CORRIGAN, an Infant, etc., by ROSE CORRIGAN, Her Guardian ad Litem,